**DISMISS; and Opinion Filed October 31, 2018.**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-01186-CV

**JOHN C. PAPPAS AND WASHBIZ, INC., Appellants**

**V.**

**SHAMOUN & NORMAN, LLP, Appellee**

**On Appeal from the 193rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-18-07238**

## MEMORANDUM OPINION

Before Justices Bridges, Francis, and Lang-Miers
Opinion by Justice Lang-Miers

Before the Court is appellants' October 18, 2018 motion to dismiss the appeal. In the

motion, appellants state they no longer wish to pursue the appeal. *See* TEX. R. APP. P. 42.1(a)(1).

We grant the motion.

We dismiss the appeal.

/Elizabeth Lang-Miers/
ELIZABETH LANG-MIERS
JUSTICE

181186F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

JOHN C. PAPPAS AND WASHBIZ, INC,,
Appellant

No. 05-18-01186-CV      V.

SHAMOUN & NORMAN, LLP, Appellee

On Appeal from the 193rd Judicial District
Court, Dallas County, Texas
Trial Court Cause No. DC-18-07238.
Opinion delivered by Justice Lang-Miers,
Justices Bridges and Francis participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that each party bear its own costs of this appeal.

Judgment entered this 31st day of October, 2018.